UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN GRIFFIN,<br><br>Defendant. | No. CR11-301RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court upon Defendant's Motion for Early Termination of Supervised Release. Having considered the motion, the Government's opposition, and the files and pleadings herein,

IT IS ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. #94) is DENIED.

DATED this 27th day of March, 2019.

_____
The Honorable Richard A. Jones
United States District Judge